# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIAN P. OPALA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIV-04-1771-R ) |
| JOSEPH M. WATT; JAMES R. WINCHESTER; ROBERT E. LAVENDER; RUDOLPH HARGRAVE; YVONNE KAUGER; JAMES EDMONDSON; STEVEN TAYLOR, and TOM COLBERT, in their individual and administrative capacities, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the judges of this district recuse from the above referenced cause and request the Chief Judge of the Tenth Circuit to reassign the case to a judge from another district.

**IT IS SO ORDERED this 6th day of January, 2005.**

_/s/ David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE