IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date: January 7, 2005

MARIAN P. OPALA                )
                               )
         Plaintiff,            )
                               )
vs.                            )    Case No. CIV-04-1771-R
                               )
JOSEPH M. WATT, ET AL          )
                               )
         Defendant.            )

ENTER ORDER:

Case transferred to    Judge Clarence Brimmer

HEREAFTER, PLEASE REFER TO CASE AS    CIV-04-1771-CB

Please note that for future filings in this case, the letter at the end of the number should now be an "CB" rather than an "R". This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge David L. Russell, we have entered the above enter order.

                                        Robert D. Dennis, Clerk

                                        By: s/Nancy Stark

                                              Deputy Clerk

cc: counsel of record