## United States Court of Appeals
## Tenth Circuit

Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | Douglas E. Cressler<br>Chief Deputy Clerk |

November 1, 2006

Honorable Judge Lucero
Circuit Judge

Honorable Judge Ebel
Circuit Judge

Honorable Judge O'Brien
Circuit Judge

      Re:    Case No. 05-6261, Opala v. Hargrave
                  Dist/AG docket: 04-CV-1771-B

Dear Judges:

     The Clerk of the Supreme Court has notified us that a Petition for Writ of Certiorari was filed in the captioned case on October 19, 2006 and assigned Supreme Court No. 06-548.

     Please contact this office if you have questions.

                                   Very truly yours,

                                   ELISABETH A. SHUMAKER, Clerk

                                   By: *[signature]*
                                   Lisa Gallegos
                                   Deputy Clerk

EAS:lg

cc:
    Clarence Brimmer, Judge
    Robert D. Dennis, Clerk